■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK HOUGHTALING, Appellant.—Appeal by the defendant,

as limited by his motion, from a sentence of the Supreme Court, Richmond County (Kuffner, J.), imposed February 11, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.